UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,
JAVON DREVELLE BREWER, and
FLETCHER LEE SALAZAR,

Defendants.
______________________________/

Case No. 1:26-cr-84

HON. JANE M. BECKERING

**ORDER SETTING FINAL PRETRIAL AND JURY TRIAL**

**IT IS HEREBY ORDERED** that jury selection and trial shall commence on **October 19, 2026 at 9:00 a.m.**, at the United States District Court, 110 Michigan St., N.W., Suite 601, Grand Rapids, Michigan. **Counsel and Defendant(s) shall be present in the courtroom at 8:30 a.m. to address any preliminary matters**.

**IT IS FURTHER ORDERED** that a final pretrial conference shall be held on **October 9, 2026 at 1:30 p.m.**, at the United States District Court, 110 Michigan St., N.W., Suite 601, Grand Rapids, Michigan. Unless specifically waived, the defendant's attendance is required.

**IT IS FURTHER ORDERED** that all pretrial motions shall be filed no later than September 8, 2026. All motions in limine shall be filed no later than September 18, 2026. All pending motions shall be heard at the time of the final pretrial conference, unless otherwise notified by the Court.

**IT IS FURTHER ORDERED** that counsel shall, no later than October 2, 2026, file the following:

1. Trial briefs (optional with defendant);
2. A joint statement of the case and statement of the elements of the charged offense(s); and
3. Proposed voir dire questions in jury trials.

**IT IS FURTHER ORDERED** that counsel shall, no later than October 2, 2026, provide to the Court hard copies of any exhibits to which objections have been made. Counsel for the party objecting is responsible for providing the hard copies of the objected-to exhibits to the Court.

**IT IS FURTHER ORDERED** that at the final pretrial conference the parties shall:

1. Advise the Court of the status of any plea negotiations.
2. Review the jury selection procedure.
3. Identify the number of witnesses expected to be called and provide an estimated length of trial.
4. Disclose the identity of all expert witnesses and agree, if possible, upon the qualifications of expert witnesses.
5. Enter into stipulations of uncontested facts.
6. Discuss any legal issues, including motions in limine, or other evidentiary issues that may arise during the course of trial.
7. Agree, if possible, upon the admissibility of exhibits. The parties shall mark their exhibits for identification prior to the final pretrial conference.
8. Prior to the final pretrial conference, the parties shall meet and confer regarding jury instructions. This Court uses the Sixth Circuit's Pattern Criminal Jury Instructions (West Publishing). See Judge Beckering's Information and Guidelines for Criminal Practice on the Court's website (www.miwd.uscourts.gov).
9. If not previously made available to the other party, the government and defendant shall make available to each other at the final pretrial conference pursuant to Fed. R. Evid. 1006 all summaries that the party intends to introduce into evidence, plus duplicates of the supporting documents that have been summarized.

If the defendant anticipates entering a guilty plea, it is strongly recommended that the change of plea hearing be conducted **no later than** one week prior to the date of the final pretrial conference. In cases where a hearing for a plea of guilty is desired, counsel shall contact Rick Wolters, Judge Beckering's Case Manager, at (616) 456-2351. If the signed plea agreement has been filed, but the defendant has not entered a guilty plea prior to October 2, 2026, counsel remain obligated to timely file the final pretrial conference documents listed above.

Dated: August 18, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge