UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH, et al.,

Defendant.

Case No. 1:26-cr-00084

HON. JANE M. BECKERING

United States District Judge

---

**DEFENDANT LAKENTO BRIAN SMITH'S MOTION FOR ENDS OF JUSTICE CONTINUANCE PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) AND BRIEF IN SUPPORT**

Defendant, Lakento Brian Smith, by and through his counsel, Dondzila Law, PLLC, hereby moves for a 150-day continuance of the October 9, 2026 Final Pretrial Conference and October 19, 2026 trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The government produced an initial batch of discovery. The government indicated that additional discovery materials are forthcoming, which are expected to be voluminous. More time is needed to receive and review discovery.

**STATEMENT OF FACTS**

On August 11, 2026, Mr. Smith was charged in a multi-count indictment. (ECF No. 18). On September 15, 2026, the government filed a superseding indictment. (ECF No. 52). Mr. Smith remains in custody while this matter is pending. (ECF No. 15).

The government alleges that Mr. Smith conspired to possess with the intent to distribute controlled substances. The government further alleges that Mr. Smith conspired to engage in money laundering activity. The government produced discovery following the various pretrial hearings. Discovery materials related to the allegations are voluminous, including search warrants, police reports, banking records, and investigative reports. Additional discovery materials in the form of cell phone extractions and digital video footage are forthcoming. Upon information and belief, the government continues to investigate the matter which may result in the production of additional discovery materials, along with the addition of new defendants to the case.

Counsel is in the process of reviewing discovery materials. Upon completion of this review, the materials will be discussed with Mr. Smith. Reviewing these materials, and discussing all options associated with the case, will likely require several meetings with Mr. Smith who is in custody.

## LAW AND ARGUMENT

Mr. Smith now seeks a 150-day continuance of the October 9, 2026 Final Pretrial Conference and October 19, 2026 trial. Such a continuance "must be based on a court's 'findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *United States v. Williams*, 753 F.3d 626, 634 (6th Cir. 2014), (quoting 18 U.S.C. § 3161(h)(7)(A)). Before granting an ends-of-justice continuance, "a district court should weigh factors such as whether a miscarriage of justice could result, the complexity of the

case and time needed for preparation, and the continuity of counsel." *United States v. Richardson*, 681 F.3d 736, 738 (6th Cir. 2012). The Sixth Circuit has held that "the district court has wide latitude in deciding how to exercise its discretion in applying the ends-of-justice provision of the Speedy Trial Act that governs whether a continuance should be granted." *United States v. Stewart*, 628 F.3d 246, 253 (6th Cir. 2010).

A continuance is appropriate in this case. Additional time is needed to obtain and review the discovery materials. This is expected to be a time-consuming process, particularly given that Mr. Smith is incarcerated.

Counsel discussed adjourning the Final Pretrial Conference and trial with Mr. Smith. Attached is a Consent to Adjournment document signed by Mr. Smith. *Exhibit A*. Counsel for Javon Brewer and Fletcher Salazar also agree with the request for a continuance.

Counsel conferred with Assistant United States Attorney Dan McGraw regarding the substance of this motion. Mr. McGraw does not oppose the request.

**CONCLUSION**

WHEREFORE, Defendant, Lakento Smith, respectfully requests that this Court enter an Order granting his motion for a 150-day ends of justice continuance based on the foregoing reasons.

Dated: September 18, 2026

DONDZILA LAW, PLLC

By: */s/ Nicholas V. Dondzila*
Nicholas V. Dondzila
Attorney for Defendant
PO Box 728
Ada, MI 49301
(T): (616) 970-0931
nickdondzila@gmail.com