# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH

Defendant.

Case No. 1:26-cr-00084

Hon. Jane M. Beckering

**CONSENT TO ADJOURNMENT**

I understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney. I understand that my attorney will be asking the Court for a continuance of the present trial date because additional time is needed. I voluntarily agree to this continuance and agree that it is in my interest to do so. I also believe it is in the interest of justice for a continuance to be granted.

Date: September 17, 2026

Defendant